HASSAM PAVING COMPANY *vs.* JOHN M. DAVIS, Deputy Sheriff.

York County. Decided May 7, 1914. Action of replevin for the following goods and chattels: One 10x18 stone crusher, four wheel

truck, with folding elevator, one 30x12 revolving screen, with dust jacket, one 30 ton main driving belt, one second hand boiler and engine belonging thereto. At the close of the evidence, the case was reported to the Law Court for determination of the rights of the parties. Report discharged. *Howard Davies,* for plaintiff. *Robert Payson, and Sidney St. F. Thaxter,* for defendant.